CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 2 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**IN RE: National Prescription Opiate Litigation, MDL No. 2804**

| | | |
|---|---|---|
| **Alleghany County, Virginia,** | ) | |
| | ) | |
| **Plaintiff(s)** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 7:19cv275** |
| | ) | |
| **Purdue Pharma L.P., et al.,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

**TRANSFER ORDER**

The Judicial Panel on Multidistrict Litigation entered Conditional Transfer Order No. CTO-2804 pursuant to 28 U.S.C. § 1407 on August 1, 2019, transferring the above listed civil action to the United States District Court for the Northern District of Ohio, and assigning it to the Honorable Dan A. Polster, for coordinated or consolidated pretrial proceedings with like actions previously transferred to that district.

Pursuant to that Order, this case is hereby

ORDERED

transferred to the United States District Court for the Northern District of Ohio to the Honorable Dan A. Polster.

ENTERED: 08-01-2019

/s/ Michael F. Urbanski
Chief, United States District Judge